UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MARION N. GLAUDI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-558 |
| | ) | (Shirley) |
| WHOLE EARTH GROCERY, | ) | |
| JANICE BRADY and | ) | |
| ANTHONY JOVEE, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM & ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 7].

The parties have advised the Court that this case has been settled through mediation. Accordingly, the trial of this matter, which is set for November 15, 2005, is **CANCELED**, and the defendants' Motion in Limine [Doc. 22] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge